UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
ILLINOIS PUBLIC                     )
TELECOMMUNICATIONS                  )
ASSOCIATION,                        )
                                    )
            Petitioner,             )
                                    )
      v.                            )   No. 13-1059
                                    )
FEDERAL COMMUNICATIONS              )
COMMISSION and UNITED STATES        )
OF AMERICA,                         )
                                    )
            Respondents.            )
------------------------------------)
                                    )
AT&T, Inc. and Verizon,             )
                                    )
            Intervenors.            )
------------------------------------)
Consolidated with No. 13-1083 and   )
     No. 13-1149                    )
_____)

### Parties' Proposed Joint Consolidated Briefing Schedule

In the Court order of May 10, 2013, the Court directed the Petitioners, Respondents and Intervenors (collectively "Parties") to submit a format for the briefing of the consolidated Petitions for Review of the order of the Federal Communications Commission ("Commission") filed by the Illinois Public Telecommunications Association ("Illinois Association") (No. 13-1059) and the

Independent Payphone Association of New York ("New York Association") (No. 13-1083). On June 6, 2013 the Court granted the Commission's Motion to Consolidate the Petition for Review filed by the Payphone Association of Ohio ("Ohio Association") (No. 13-1149) (the Illinois Association, the New York Association, and the Ohio Association are collectively referred to as "Petitioners") with the instant consolidated cases. In its May 10, 2013 order, the Court strongly urged the Parties to submit a joint proposal. The Court reminded the Parties of its disfavor of repetitious submissions and the Court's preference for aligned parties to file a joint brief with total words not to exceed the standard allotment for a single brief. In response to the Court's order, and pursuant to discussions between the Parties, the Parties submit the following joint briefing proposal for the three petitions.

The Parties propose that a single brief be filed for each of the aligned parties, i.e. a single brief for the Petitioners, a single brief for the Commission and the United States of America (collectively "Respondents"), a single brief for AT&T, Inc. and Verizon (collectively "Intervenors") and a single reply brief for the Petitioners.

The consolidation of three separate petitions for review requires the Parties to request the allotment of additional words for the Parties' joint briefs beyond the number of words specified in FRAP § 32(a)(7)(B) and Circuit Rule § 32(a)(2)(B).

2

Before the Court are three separate state association challenges to the Commission order under review. The Commission addressed the Petitioners in a single order because the issues of the Petitioners before the agency all arose concerning the state implementation of the Commission's payphone orders. While there are key issues common to the three petitions, the procedural history underlying the Commission's order includes different individual state public utility commission proceedings in each of the three states in which the Petitioners respectively reside. To address these distinct state histories and analyses in the consolidated initial briefs, the Petitioners and Respondents are requesting an additional 2,250 words extension (about three pages per Petitioner) of the standard allotment for a single initial brief for a total of 16,250 words, the Intervenors are requesting an additional 1,400 words for a consolidated Intervenors brief of 10,150 words, and the Petitioners are requesting an additional 1,125 words for a consolidated reply brief of 8,125 words.

    Allowing time for the Parties to coordinate on the preparation and filing of a single brief addressing all three petitions, the Parties propose the following briefing schedule.

| Date | Brief |
|---|---|
| August 30, 2013 | Joint Brief of Petitioners (16,250 words) |
| October 15, 2013 | Joint Brief of Respondents (16,250 words) |
| October 29, 2013 | Joint Brief of Intervenors (10,150 words) |

November 25, 2013        Joint Reply Brief of Petitioners (8,150 words)

December 9, 2013        Joint Appendix

December 23, 2013        All Final Briefs

Wherefore, the Parties respectfully request that the Court enter an order granting the briefing schedule and the extended allotment of total words as above requested.

Dated: June 10, 2013        Respectfully submitted,

| FEDERAL COMMUNICATIONS COMMISSION | ILLINOIS PUBLIC TELECOMMUNICATIONS ASSOCIATION |
|---|---|
| By: /s/ Joel Marcus<br>Joel Marcus<br>Richard Kiser Welch<br>Jacob M. Lewis<br>FCC Office of General Counsel<br>445 12th Street, S.W.<br>Washington, D.C. 20554<br>(202) 418-1745 | By: /s/ Michael W. Ward<br>Michael W. Ward<br>John F. Ward, Jr.<br>Ward & Ward, P.C.<br>One Rotary Center<br>Suite 805<br>Evanston, IL 60201<br>(224) 402-9766<br><br>Barbara A. Miller<br>Henry T. Kelly<br>Kelley Drye & Warren LLP<br>3050 K Street, N.W.<br>Suite 400<br>Washington, D.C. 20007<br>(202) 342-8400 |

4

UNITED STATES OF AMERICA

By: /s/ Robert B. Nicholson
    Robert B. Nicholson
    U.S. Department of Justice
    Antitrust Division, Appellate
    Section
    950 Pennsylvania Avenue, NW
    Room 3224
    Washington, D.C. 20009
    (202) 514-2489

AT&T, INC. and VERIZON

By: /s/ Aaron M. Panner
    Aaron M. Panner
    Kellogg, Huber, Hansen, Todd,
     Evans & Figel, P.L.L.C.
    1615 M Street, N.W.
    Suite 400
    Washington, D.C. 20036
    (202) 326-7900

    Michael E. Glover
    Christopher M. Miller
    Mark J. Montano
    Verizon
    1320 North Courthouse Road
    Arlington, Virginia 22201
    (703) 351-3084

    Peggy E. Garber
    Gary L. Phillips
    William L. Roughton, Jr.
    AT&T Services, Inc.
    1120 20th Street, N.W.
    Suite 1000
    Washington, D.C. 20036
    (202) 457-3055

INDEPENDENT PAYPHONE ASSOCIATION OF NEW YORK

By: /s/ Albert H. Kramer
    Albert H. Kramer
    Albert H. Kramer, PLLC
    1825 I Street, N.W.
    Suite 600
    Washington, D.C. 20006
    (202) 207-3649

    Keith J. Roland
    Herzog Law Firm P.C.
    7 Southwoods Boulevard
    Albany, New York 12211
    (518) 465-7581

PAYPHONE ASSOCIATION OF OHIO

By: /s/ Donald J. Evans
    Donald J. Evans
    Paul F. Feldman
    Fletcher, Heald & Hildreth, P.L.C.
    1300 North 17th Street
    Eleventh Floor
    Arlington, Virginia 22209
    (703) 812-0400

# **CERTIFICATE OF SERVICE**

I, Barbara A. Miller, hereby certify that on June 10, 2013, I electronically filed the foregoing Parties' Proposed Joint Consolidated Briefing Schedule with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. The following participants in this case who are registered CM/ECF users will be served by the CM/ECF system:

Michael E. Glover
Christopher Micheal Miller
Verizon
1320 North Courthouse Road
Arlington, VA 22201

Albert H. Kramer
Albert H. Kramer, PLLC
1825 I Street, NW
Suite 600
Washington, DC 20006

Aaron M. Panner
Kellogg, Huber, Hansen, Todd,
Evans & Figel, PLLC
    1615 M Street, NW
Sumner Square
Washington, DC 20036-3209

Gary L. Phillips
AT&T Services, Inc.
1120 20th Street, N.W.
Suite 1000
Washington, D.C. 20036

Richard Kiser Welch
Joel Marcus
Jacob M. Lewis
FCC Office of General Counsel
445 12th Street, SW
Washington, DC 20554

Robert B. Nicholson
U.S. Dept. of Justice
Antitrust Division, Appellate Section
950 Pennsylvania Ave., NW,
Room 3224
Washington, DC 20009

Donald J. Evans
Fletcher, Heald & Hildreth, P.L.C.
1300 North 17th Street
Eleventh Floor
Arlington, Virginia 22209

Keith J. Roland
Herzog Law Firm P.C.
7 Southwoods Boulevard
Albany, New York 12211

        /s/ Barbara A. Miller
          Barbara A. Miller